*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 10, 2016                    521252
_____

In the Matter of DAVID ROYE,
                    Petitioner,

            v                                MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  January 19, 2016

Before:  Peters, P.J., McCarthy, Garry and Lynch, JJ.

_____

        David Roye, Gouverneur, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of the Superintendent of Gouverneur Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of stealing state property in violation of a prison disciplinary rule.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been ordered to be refunded to his inmate account.  Given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot

(see Matter of Shields v Prack, 131 AD3d 774, 775 [2015]).

Peters, P.J., McCarthy, Garry and Lynch, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court